UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-7809 MWF (JCx)**                                   Dated:  February 3, 2015

Title:    *Sierra Vista Hospital, Inc., et al. -v- Tara Kristen McGrath, et al.*

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

**PROCEEDINGS (IN CHAMBERS):       COURT ORDER**

In light of the Notice of Settlement filed December 5, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for February 23, 2015 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk    rs